UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GEORGIO M. SER,<br><br>    Petitioner,<br><br>v.<br><br>DEPUTY CHIEF SEABOCK,<br><br>    Respondent. | Case No. 2:24-cv-00052-GMN-DJA<br><br>**ORDER** |

On January 17, 2024, the Court dismissed this habeas corpus action without prejudice because Petitioner Georgio M. Ser's petition for a writ of habeas corpus is largely incomprehensible and plainly does not state any viable claim, because Ser brings his petition under the wrong habeas provision, and because Ser's claims are completely unexhausted in state court. Order entered January 17, 2024, ECF No. 5. Judgment was entered that same date. Judgment, ECF No. 6.

The copies of the January 17 order and judgment sent to Ser were returned to the Court as undeliverable. *See* Returned Mail received January 25, 2024, ECF No. 7.

The Clerk of the Court apparently mailed the January 17 order and judgment to Ser at the Clark County Detention Center in Las Vegas, Nevada. *See* Returned Mail received January 25, 2024, ECF No. 7. The Court notes, however, that Ser's petition—the only filing he has made in this case—includes two alternative mailing addresses: "P.O. Box 43059, Las Vegas, NV 89116" and "McGaha, P.O. Box 821, Gordonsville, VA 22942." The Court will direct the Clerk to update the docket for this case to include those alternative addresses for Ser, and will direct the Clerk to mail to Ser, at those addresses, along with a copy of this order, copies of the January 17 order and judgment.

**IT IS THEREFORE ORDERED** that the Clerk of the Court is directed to update the docket for this case to include the two following alternative addresses for the petitioner:

Georgio M. Ser, P.O. Box 43059, Las Vegas, NV 89116,

and

Georgio M. Ser, McGaha, P.O. Box 821, Gordonsville, VA 22942.

**IT IS FURTHER ORDERED** that the Clerk is directed to send to the petitioner, at each of the two alternative addresses provided above, a copy of this order and copies of the January 17, 2024, order and judgment (ECF Nos. 5 and 6).

DATED THIS 26 day of    January   , 2024.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE